**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
FAIRFIELD SENTRY LIMITED (IN
LIQUIDATION), acting by and through the
Foreign Representatives thereof, and
KENNETH KRYS, solely in his capacity as
Foreign Representatives and Liquidator
thereof,

> Plaintiffs/Appellants,

> -against-

CITIBANK, N.A. LONDON,

> Defendants/Appellees.

-------------------------------------------------------------X

19 **CIVIL** 3911 (VSB)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated August 24, 2022, the Bankruptcy Court's decision

is AFFIRMED; accordingly, all administratively consolidated cases are closed.

**Dated:**  New York, New York

> August 29, 2022

**RUBY J. KRAJICK**

_____
**Clerk of Court**

**BY:**      K. Mango

_____
**Deputy Clerk**